[No. 30461-5-I.    Division One.    February 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
DAMON GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-07417-0, John M. Darrah, J., entered April
21, 1992. *Dismissed* by unpublished per curiam opinion.


[No. 29768-6-I.    Division One.    February 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL E.
DERHEIM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03806-2, Anthony P. Wartnik, J., entered
November 18, 1991. *Dismissed* by unpublished per curiam
opinion.


[Nos. 28733-8-I; 29030-4-I.    Division One.    February 14, 1994.]


THE STATE OF WASHINGTON, *Respondent*, v. DONALD
CALVIN, *Appellant*.

Appeals from a judgment of the Superior Court for What-
com County, No. 90-1-00329-1, Michael F. Moynihan, J.,
entered July 3, 1991. *Affirmed in part* and *remanded* by un-
published per curiam opinion.


[No. 31502-1-I.    Division One.    February 14, 1994.]

SHERRY NAPIER, *Appellant*, v. RICHARD REED,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-20567-1, J. Kathleen Learned, J., entered
August 25, 1992. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Coleman and Kennedy, JJ.